### UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

**WILLIAM UTLEY,**                                          **JUDGMENT IN A CIVIL CASE**

       **Plaintiff,**

**v.**

**COLIN MORRIS and BRETT STEIN,**                  **CASE NO: 07-2589-B**

       **Defendants.**
_____

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered April 30, 2008, this cause is hereby dismissed.


**APPROVED:**



**s/ J. Daniel Breen**
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

**May, 6, 2008**                                          **Thomas M. Gould**
**Date**                                                  **Clerk of Court**

                                                          **s/ T. Elchlepp**
                                                          **(By)  Deputy Clerk**